IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY F. WILLIAMS,<br><br>*Defendant.* | Case No. 1:24-CR-38<br><br><u>Count 1</u>: 18 U.S.C. § 13, assimilating Va. Code §§ 18.2-266(i), 18.2-270(C)(2) (Driving While Intoxicated After a Felony Conviction for Driving While Intoxicated)<br><br><u>Count 2</u>: 18 U.S.C. § 13, assimilating Va. Code §§ 18.2-266(ii), 18,2-270(C)(2) (Driving Under the Influence of Alcohol After a Felony Conviction for Driving While Intoxicated)<br><br><u>Count 3</u>: 18 U.S.C. § 13, assimilating Va. Code §§ 18-272(A), 46.2-391(D)(2)(a) (Driving While Intoxicated While License Revoked for Felony Conviction for Driving While Intoxicated) |

**INDICTMENT**

<u>February 2024 Term – at Alexandria, Virginia</u>

## Count One
### Driving While Intoxicated After a Felony Conviction for Driving While Intoxicated

THE GRAND JURY CHARGES THAT:

On or about July 15, 2023, in the special maritime and territorial jurisdiction of the United States, at Marine Corps Base, Quantico, within the Eastern District of Virginia, the defendant, GARY F. WILLIAMS, did unlawfully drive and operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath, as indicated by a chemical test administered as provided in this article, after having been previously convicted of a felony violation of Virginia Code Section 18.2-266.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Sections 18.2-266(i) and 18.2-270(C)(2).)

## Count Two
### Driving Under the Influence of Alcohol After a
### Felony Conviction for Driving While Intoxicated

THE GRAND JURY CHARGES THAT:

On or about July 15, 2023, in the special maritime and territorial jurisdiction of the United States, at Marine Corps Base, Quantico, within the Eastern District of Virginia, the defendant, GARY F. WILLIAMS, did unlawfully drive and operate a motor vehicle while under the influence of alcohol, after having been previously convicted of a felony violation of Virginia Code Section 18.2-266.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Sections 18.2-266(ii) and 18.2-270(C)(2).)

**Count Three**
Driving While Intoxicated While License Revoked for
Felony Conviction for Driving While Intoxicated

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 15, 2023, in the special maritime and territorial jurisdiction of the United States, at Marine Corps Base, Quantico, within the Eastern District of Virginia, the defendant, GARY F. WILLIAMS, did knowingly and unlawfully drive a motor vehicle on a public highway after his license was revoked for a felony violation of Virginia Code Section 18.2-266, and such driving itself took place while the defendant was intoxicated.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Sections 18.2-272(A) and 46.2-391(D)(2)(a).)

A TRUE BILL  **Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office**

_____
FOREPERSON

Jessica D. Aber
United States Attorney

By: _____
R. Owen Dunn
Special Assistant United States Attorney
Kenneth R. Simon, Jr.
Assistant United States Attorney

4